UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN THE MATTER OF:  Case No.:
                   Chapter **13**
**Julie Bukowski**   Honorable

Debtor

---

**JOSEPH L. GRIMA (P 44756)**
Attorney for Debtor(s)
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422

---

## STATEMENT OF DEBTOR(S) PURSUANT TO 11 U.S.C. §1308

**Now Comes** Debtor and pursuant to 11 U.S.C. §1308, states as follows:

1. I swear and affirm that all applicable tax returns due in the preceding four (4) years prior to the filing this case have been filed.

Further affiant saith not.

Date: 6-21-16

_____
Debtor

Date: _____

_____
Joint Debtor

SHELBY W. SMITH
Notary Public, State of Michigan,
County of Monroe
Commission Expires May 31, 2021
Acting in Wayne County
Date: 6/21/16