# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>**Julie Bukowski**<br><br>Debtor. | Case No.: **16-49008-MBM**<br>Chapter **13**<br>Honorable **Marci B. McIvor** |

**JOSEPH L. GRIMA (P 44756)**
Attorney for Debtor
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7 PURSUANT TO FED.R.BANKR.P. 1017(f)(3) AND 11 U.S.C. § 1307(a)

**NOW COMES** the Debtor's attorney, Joseph L. Grima & Associates, P.C., and pursuant to Fed.R.Bankr.P. 1017(f)(3) and 11 U.S.C. § 1307(a) files this Notice of Conversion that the Debtor is voluntarily converting her Chapter 13 case to a Chapter 7 proceeding.

Respectfully submitted,

Joseph L. Grima & Associates, P.C.

DATED: January 30, 2017

sws

/s/ Joseph L. Grima
JOSEPH L. GRIMA (P 44756)
Attorney for Debtor
18212 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422
grimalaw@gmail.com