UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

JULIE BUKOWSKI,

      Debtor.
_____/

Case No. 16-49008-mbm
Chapter 7
Judge McIvor

## TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

Karen E. Evangelista, Chapter 7 Trustee for the estate of Julie Bukowski (the "Debtor"), states:

1. On June 21, 2016, the Debtor filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code. The Debtor's case was subsequently converted to Chapter 7 on January 30, 2017.

2. Karen E. Evangelista is the duly appointed Chapter 7 Trustee of the Debtor's estate (the "Trustee").

3. The Trustee wishes to employ the law firm of Bernardi, Ronayne & Glusac, P.C., as her attorneys in this matter. Rodney M. Glusac of the firm has acted as trustee's counsel in numerous bankruptcy cases in the Eastern District of Michigan.

4. The Trustee requires the advice and assistance of counsel for the following purposes:

a. to give the Trustee legal advice with respect to her powers and duties as Trustee in the administration of the Debtor's estate;

b. to assist the Trustee in carrying out her duties as described in 11 U.S.C. § 704;

c. to prepare on behalf of the Trustee necessary applications, answers, orders, reports and other documents or pleadings;

d. to conduct negotiations with prospective purchasers, unsecured creditors, secured creditors, taxing authorities and other parties in interest; and

e. to perform all other legal services for Trustee as may be necessary herein.

5. Bernardi, Ronayne & Glusac, P.C., is not now, nor has it ever been employed by or connected with the Debtor or any other person having an interest adverse to the creditors herein, except as indicated in the attached Verified Statement of Counsel, and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

6. The current hourly rates of Bernardi, Ronayne & Glusac, P.C., are listed in Exhibit A. All fees for legal services are subject to Court approval.

THEREFORE, the Trustee requests that an Order be entered authorizing her to employ Bernardi, Ronayne & Glusac, P.C., as her attorneys in this case.

                                                                          /s/Karen E. Evangelista  
                                                                          439 South Main Street  
                                                                          Suite 250  
                                                                          Rochester, MI 48307  
                                                                          (248) 652-7992  
                                                                          kee1008@sbcglobal.net  
                                                                          MI30@ecfcbis.com  
                                                                          kee@trustesolutions.com  

Dated: February 2, 2017

## VERIFIED STATEMENT OF COUNSEL

RODNEY M. GLUSAC states:

1. I am a shareholder, director, and officer of the firm of Bernardi, Ronayne & Glusac, P.C., whose offices are located at 1058 Maple Street, Suite 100, Plymouth, Michigan 48170 (the "Firm").

2. I am authorized to make this Verified Statement on behalf of the Firm.

3. To the best of my information, knowledge and belief, neither I nor any member of the Firm represents or holds any interest adverse to the estate.

4. To the best of my information, knowledge and belief, neither I nor any member of the Firm has any connections with the Debtor, creditors, or any other party in interest, their respective known attorneys or accountants, the United States Trustee or any other person employed by the United States Trustee.

5. I have been advised that the Debtor has numerous creditors and, accordingly, the Firm may have rendered services or had business associations with such creditors or their counsel in the ordinary course of the Firm's business, but none of these services have been in connection with, nor impact this proceeding.

6. The other members of the Firm and I are "disinterested persons" as such term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code.

7. The Firm has not made any agreement to share compensation in this case and that he knows of no reason why the firm should not act as attorneys for the Trustee.

8. I declare under penalty of perjury that the preceding statements are true and correct to the best of my knowledge, information, and belief.

/s/Rodney M. Glusac

Dated: February 2, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

JULIE BUKOWSKI,

       Debtor.
_____/

Case No. 16-49008-mbm
Chapter 7
Judge McIvor

## ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL

Karen E. Evangelista, the Chapter 7 Trustee, having filed her Application to Employ Counsel; and the Court being fully advised in the premises:

IT IS ORDERED that:

A.    Rodney M. Glusac/Bernardi, Ronayne & Glusac, P.C. is authorized to be employed as attorneys for the Trustee in this case pursuant to the terms and conditions set forth in the Application and its verified statement; and

B.    Compensation shall be paid after application and Court Order authorizing payment.

**EXHIBIT 1**

**BERNARDI, RONAYNE & GLUSAC, P.C.**
HOURLY RATES
2017

| Attorney | Hourly Rate |
|---|---|
| JOSEPH J. BERNARDI | $275.00 |
| RODNEY M. GLUSAC | $275.00 |
| MATTHEW D. WALKER | $200.00 |

**EXHIBIT A**